| | | | |
|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | AUSA: Susan E. Fairchild<br>Officer: Joseph Camaj | Telephone: (313) 226-9577<br>Telephone: (313) 316-7331 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Miguel REYES HARO

**F I L E D**
**APR 0 8 2025**
**CLERK'S OFFICE**
**DETROIT**

Case No.

Case: 2:25−mj−30120
Assigned To : Unassigned
Assign. Date : 3/6/2025
Description: CMP USA V. REYES HARO (DJ)

## ARREST WARRANT

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Miguel REYES HARO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about July 5, 2024, in the Eastern District of Michigan, Southern Division, Miguel REYES HARO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about May 13, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

Date: March 6, 2025

*Issuing officer's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/8/2025, and the person was arrested on *(date)* 4/8/2025
at *(city and state)* Detroit, MI

Date: 4/8/2025

Hector Rivera
*Arresting officer's signature*

Hector Rivera, Deportation Officer
*Printed name and title*

Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA